United States District Court
Southern District of Texas
**ENTERED**
December 04, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Andrew Wheeler, individually and on behalf of all others similarily situated, | § § § § | |
| Plaintiff, | § | |
| v. | § | Civil Action No.  H-18-2847 |
| | § | |
| WWW.URBAN INC., a Texas Corporation, | § § § | |
| Defendants. | § | |

ORDER

Pursuant to the Stipulation of Dismissal with Prejudice filed on November 30, 2018 the above referenced case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Clerk shall send a true copy to all counsel of record.

Signed this ___4___ day of December, 2018.

DAVID HITTNER
United States District Judge